✎AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

UNITED STATES OF AMERICA

**V.**

STANSHIPS, INC.

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER:   2:10CR00172-001 "C"

__MICHAEL CHALOS AND G. BEAUREGARD GELPI__
Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)   1 AND 2 OF THE BILL OF INFORMATION ON JUNE 23, 2010.  PLEA ACCEPTED UNCONDITIONALLY AT SENTENCING.

☐  pleaded nolo contendere to count(s)  _____
which was accepted by the court.

☐  was found guilty on count(s)  _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. § 1908(a) | VIOLATION OF THE ACT TO PREVENT POLLUTION FROM SHIPS (Failure to Maintain an accurate Oil Record Book) | 05/14/2010 | 1 |
| 33 U.S.C. §§ 1908(a), 1321(b)(3), and 1319(c)(2)(A) | VIOLATION OF THE CLEAN WATER ACT (Knowing Discharge of a Harmful Quantity of Oil into the Navigable Waters of the United States) | 05/2010 | 2 |

The defendant organization is sentenced as provided in pages 2 through __5__ of this judgment.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   __N/A__

Defendant Organization's Principal Business Address:

__115 VASSILEOS PAVLOU, VOULA 16673 GREECE__

ORGANIZATIONAL REPRESENTATIVE:

__DONALD ROBOHM - VICE PRES. OF OPERATIONS__

__26 BROADWAY, SUITE 947__

__NEW YORK, NY 10004__

SEPTEMBER 29, 2010
Date of Imposition of Judgment

_/s/ Helen G. Berrigan_
Signature of Judge

HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

OCTOBER 1, 2010
Date

COURT RECORDER: BONNIE HEBERT
U.S. ATTORNEY:  DOROTHY MANNING TAYLOR
U.S. PROBATION OFFICER:  DAVID L. ARENA
COURTROOM DEPUTY:  KIMBERLY COUNTY

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION:   STANSHIPS, INC.
CASE NUMBER:   2:10CR00172-001 "C"

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

3 YEARS AS TO COUNTS ONE AND TWO, SUCH TERMS TO RUN CONCURRENTLY

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

THE DEFENDANT SHALL PAY TO THE UNITED STATES A FINE IN THE AMOUNT OF $275,000.00 AS TO COUNT 1, AND $250,000 AS TO COUNT 2.  THE TOTAL FINE OF $525,000 SHALL BE PAID WITHIN ONE YEAR.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

SEE SPECIAL CONDITIONS OF SUPERVISION (PAGE 3)

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2B — Probation

Judgment—Page 3 of 5

DEFENDANT ORGANIZATION:    STANSHIPS, INC
CASE NUMBER:   2:10CR00172-001 "C"

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall make a community service payment of $175,000, which shall be paid to the National Fish and Wildlife Fund and earmarked for the purpose of funding habitat conservation, protection, restoration and management projects to benefit fish and wildlife resources and the habitats on which they depend in the Eastern District of Louisiana. Because the community service payment is designated as community service by an organization, the defendant will not seek any reduction in its tax obligations as a result of these payments. In addition, since the payment constitutes community service, the defendant will not characterize, publicize, or refer to the payment as a voluntary donation or contribution.

2. The defendant shall comply with all requirements of an Environmental Compliance Plan which is attached to the plea agreement.

3. The $500,000 being held in escrow pursuant to a security agreement between the defendant and the United States Coast Guard shall be released as follows: $175,000 to the National Fish and Wildlife Fund and the balance paid toward the criminal fine.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT ORGANIZATION:   STANSHIPS, INC
CASE NUMBER:   2:10CR00172-001 "C"

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 525,000.00 | $ 175,000.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X  The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| NATIONAL FISH AND WILDLIFE FUND | | 175,000.00 | |
| **TOTALS** | $ | $ 175,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT ORGANIZATION:     STANSHIPS, INC.
CASE NUMBER:       2:10CR00172-001 "C"

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C or ☐ D below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C or ☒ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

  THE SPECIAL ASSESSMENT IS DUE IMMEDIATELY.

  THE FINE IN THE AMOUNT OF $525,000.00 SHALL BE PAID WITHIN ONE YEAR.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.